UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NELSON PINERO CONFORTI,

      Petitioner,

    v.                              Case No.:  2:26-cv-01681-SPC-NPM

I.C.E.,

      Respondent,

                                   /

## **OPINION AND ORDER**

Before the Court are petitioner Nelson Pinero Conforti's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 8).

Pinero Conforti is a native and citizen of Cuba who was paroled into the United States on December 5, 2005.  He was convicted of second-degree murder on November 30, 2012.  Immigration and Customs Enforcement ("ICE") took custody of Pinero Conforti on October 29, 2025.  Pinero Conforti constructively filed this habeas action on May 12, 2026, challenging the legality of his detention because removal was not likely in the reasonably foreseeable future.

ICE removed Pinero Conforti from the United States on May 22, 2026. The Eleventh Circuit has held that a challenge to immigration detention becomes moot if the petitioner is subsequently deported.  *Salmeron-Salmeron v. Spivey*, 926 F.3d 1283, 1290 (11th Cir. 2019).  Accordingly, this action is

**DISMISSED as moot**.  The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 29, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1